UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**TIGERCAT INDUSTRIES INC.**

                        Plaintiff,

  **v.**

                                              05-CV-00761 S

**DEERE & COMPANY,**

                        Defendant.

### CERTIFICATION OF SERVICE

      I hereby certify that on June 21, 2006, I electronically filed the foregoing **papers** with the Clerk of the Western District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

        Jeremiah J. McCarthy, Esq.
        Rowland Richards, Esq.
        *Attorneys for Plaintiff*
        3400 HSBC Center
        Buffalo, NY 14203
        Telephone: (716) 847-8400
        jmccarthy@phillipslytle.com
        rrichards@phillipslytle.com

Dated: June 21, 2006

                                        DUKE, HOLZMAN, YAEGER & PHOTIADIS

                                        /s/ Charles C. Ritter, Jr.
                                        Charles C. Ritter, Jr.
                                        *Attorneys for Defendant*
                                        1800 Main Place Tower
                                        Buffalo, New York 14202
                                        Telephone: (716) 855-1111
                                        critter@dhyplaw.com